JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Proposed Attorneys for Trustee
PAUL J. MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HARISH ANAMKATH AND ASHA ANAMKATH,<br><br>                Debtors. | **Case No. 09-45793 EDJ 7**<br><br>**Chapter 7**<br>**NOTICE OF SALE OF PERSONAL PROPERTY TO DEBTORS**<br><br>**[No Hearing Scheduled]** |

TO: THE DEBTORS, CREDITORS, AND OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that Paul J. Mansdorf, Trustee of the estate of the above-named Debtors ("Trustee"), intends to sell to Harish Anamkath and Asha Anamkath (the "Debtors") all of the bankruptcy estate's right, title and interest in all of the non-exempt equity in the assets listed on the Debtors' Schedules as more fully described below.

**If anyone wishes to object to the proposed sale or request a hearing thereon, B.L.R. 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed. Any objection to, or request for a hearing on, the proposed sale must be filed and served upon the undersigned attorneys for the Trustee within twenty (20) days of the date of the mailing of this Notice. Any request for hearing or objection must be accompanied by any declarations or memoranda of law that the objecting or requesting party wishes to present in support of his/her position. If no timely objection or request for hearing on the proposed sale is made and no timely overbids are received by the Trustee, the United States Bankruptcy Court may enter an order approving the sale**

7800.207        1        Notice of Sale

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 09-45793    Doc# 15    Filed: 10/06/09    Entered: 10/06/09 14:44:26    Page 1 of 2

**without further notice or opportunity to be heard. In the event an objection to, or request for hearing on, the proposed sale is timely made, the Trustee will provide at least ten (10) days' written notice of the hearing to the objecting or requesting party.**

The Debtors list jewelry with a value of 11,700 and have exempted $1,350 of it under C.C.P. § 703.140(b)(4). The Debtors have also scheduled 13 shares of ITT Industries stock and 26 shares of The Hartford Financial Services Group stock, none of which they have exempted. They value on Schedule B the ITT stock at $525 and The Hartford stock at $1,050. They have also scheduled a 1998 Toyota Corolla with 240,000 miles and a 2003 Honda Accord with 121,000 miles on it, which they have not exempted. They value on Schedule B the Corolla at $3,320 and the Accord at $6,475.

Under the proposed sale, the Debtors will pay the estate $12,000 for the estate's right, title, and interest in the equity in the jewelry, ITT stock The Hartford stock, the Toyota Corolla, and the Honda Accord. Even though the equity adds up to $21,720, the Trustee believes that if we were to sell the property, the estate would not realize any more than the $12,000 the Debtors are paying the estate, and maybe less, due to costs of sale and other expenses. The Trustee believes that the proposed sale is in the best interests of creditors and the bankruptcy estate. The estate will receive $12,000 without the cost and delay associated with finding buyers for the various property.

For further information, you may contact the undersigned attorneys for the Trustee.

DATED: October 6, 2009　　　　　　　　PINNACLE LAW GROUP LLP

　　　　　　　　　　　　　　　　　　　By: _Jeremy W. Katz_____
　　　　　　　　　　　　　　　　　　　　　Jeremy W. Katz, Proposed Attorneys for
　　　　　　　　　　　　　　　　　　　　　PAUL J. MANSDORF, TRUSTEE