JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Proposed Attorneys for Trustee
PAUL J. MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HARISH ANAMKATH AND ASHA ANAMKATH,<br><br>Debtors. | **Case No. 09-45793 EDJ 7**<br><br>**Chapter 7**<br>**SUPPLEMENT TO NOTICE OF SALE OF PERSONAL PROPERTY TO DEBTORS**<br><br>**[No Hearing Scheduled]** |

TO: THE DEBTORS, CREDITORS, AND OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that the Notice of Sale of Personal Property to Debtors which was mailed to parties in interest on October 6, 2009, omitted certain stock that is also part of the personal property being sold to the Debtors for $12,000. The stock includes 6 shares of Rayonier Inc. valued by the Debtors at $216; 8 shares of Starwood Hotels & Resorts valued by the Debtors at $122; 7 shares of Host Hotels and Resorts, Inc. valued by the Debtors at $38; 148 shares of stock valued by the Debtors at $4,940; and all right, title, and interest in Asha & Harish, Inc. valued by the Debtors at $0 (zero dollars).

For further information, you may contact the undersigned attorneys for the Trustee.

DATED: October 8, 2009         PINNACLE LAW GROUP LLP

                               By: _Jeremy W. Katz_
                                   Jeremy W. Katz, Proposed Attorneys for
                                   PAUL J. MANSDORF, TRUSTEE